[No. 12878-1-II.   Division Two.   May 8, 1990.]

JEFFREY M. KING, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83-2-05127-0, Nile E. Aubrey, J., entered
April 21, 1989. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Worswick, J., and Wieland, J.
Pro Tem.

[No. 12483-1-II.   Division Two.   May 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD COPE,
*Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 88-1-00054-9, James B. Sawyer II, J., entered
December 19, 1988. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich, J., and Mitchell,
J. Pro Tem.

[No. 12606-1-II.   Division Two.   May 9, 1990.]

*In the Matter of the Welfare of* C.W., ET AL.

Appeal from judgments of the Superior Court for Pierce
County, Nos. 130036, 130037, 130039, 130040, Thomas R.
Sauriol, J., entered January 18, 1989. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick, J., and Pearson, J. Pro Tem.